UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILITA H.,<br><br>            Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br><br>            Defendant. | Case No. 21-cv-04063-JSC<br><br>**ORDER TO SHOW CASE TO PLAINTIFF** |

Plaintiff filed this action seeking judicial review of the final decision by the Commissioner of Social Security denying her benefits claim on May 27, 2021. (Dkt. No. 1.) On November 8 and 9, 2021, Defendant filed his answer and the certified administrative record, respectively. (Dkt. Nos. 17, 18.) Pursuant to the scheduling order, Plaintiff's motion for summary judgment or remand was due 28 days after Defendant's answer, on December 6, 2021. (Dkt. No. 6.) To date, Plaintiff has not filed her motion for summary judgment or otherwise communicated with the Court. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE as to why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). Plaintiff shall file a written response to this Order to Show Cause accompanied by her motion for summary judgment or remand by April 15, 2022.

Failure to respond to this Order may result in the dismissal of the action.

**IT IS SO ORDERED.**

Dated: April 1, 2022

JACQUELINE SCOTT CORLEY
United States District Judge